# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2691 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 88 DB 2020 |
| | : | |
| v. | : | Attorney Registration No. 94817 |
| | : | |
| STEPHEN DANIEL BRINTON, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of July, 2020, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Stephen Daniel Brinton is suspended on consent from the Bar of this Commonwealth for a period of three years, with six months to be served. The remaining suspension period is stayed, and he is placed on probation for two years and six months, subject to the following conditions:

1. Respondent shall comply with all of the conditions of his criminal probation as directed by the Chester County Court of Common Pleas and supervised by the Chester County Office of Probation and Parole;

2. Respondent shall provide to the Board the name and contact information of his parole and probation officer and shall immediately report to the Board any changes to this information and/or a transfer to a new parole and probation officer;

3. Respondent shall file with the Board quarterly written reports which, at a minimum, establish his continued compliance with these conditions; and

4. Respondent shall immediately report to the Board any violations of the terms and conditions of this probation.

Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).